# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LIBERTY INSURANCE CORPORATION,

    Plaintiff,

v.                                                       No. CIV 18-117 GJF/CG

BLAKE J. BOLLEMA, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on review of the record. The record indicates that Plaintiff filed its complaint against Defendants on February 5, 2018. (Doc. 1). On April 13, 2018, the parties filed a stipulation that Defendants may have until June 18, 2018 to file a responsive pleading to Plaintiff's Complaint. (Doc. 8). No further action has been taken in this case. Local Rule 41.1 states: "A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-41.1.

**IT IS THEREFORE ORDERED** that, on or before **August 13, 2018**, Plaintiff shall file a notice with the Court stating why this case should not be dismissed without prejudice for failure to prosecute.

                                                                           _____
                                                                           THE HONORABLE CARMEN E. GARZA
                                                                           CHIEF UNITED STATES MAGISTRATE JUDGE