# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LIBERTY INSURANCE CORPORATION,

    Plaintiff,

v.                                                  No. CIV 18-117 GJF/CG

BLAKE J. BOLLEMA, et al.,

    Defendants.

## **ORDER QUASHING ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 10), filed July 13, 2018, and the parties' *Joint Response to Order to Show Cause*, (Doc. 11), filed July 16, 2018. The Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. (Doc. 10). The parties explain that Plaintiff sought relief in this Court as to its duty to defend and/or indemnify its insured, Blake Bollema, from claims presented against him in state court. (Doc. 11 at 1). The parties state they have settled all of their claims, and that court approval of the settlement is necessary because some of the parties are minor children. *Id.* at 2. The parties further state that a hearing to approve the settlement is scheduled in state court on September 21, 2018, and they request a deadline of September 28, 2018 to finalize the state court matter and submit closing documents with this Court.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 10), is **QUASHED***.* The Court will enter a separate order to file closing documents.

 

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE