IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LIBERTY INSURANCE CORPORATION,

    Plaintiff,

v.                                                                                    No. CIV 18-117 GJF/CG

BLAKE J. BOLLEMA, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Response to Order to Show Cause*, (Doc. 11), filed July 16, 2018. Plaintiff sought relief in this Court as to its duty to defend and/or indemnify its insured, Blake Bollema, from claims presented against him in state court. *Id.* at 1. The parties state they have settled all of their claims, and that court approval of the settlement is necessary because some of the parties are minor children. *Id.* at 2. The parties further state that a hearing to approve the settlement is scheduled in state court on September 21, 2018, and they request a deadline of September 28, 2018 to finalize the state court matter and submit closing documents with this Court.

**IT IS THEREFORE ORDERED** that closing documents be filed **no later than September 28, 2018**, absent a request showing good cause for an extension.

                                                            THE HONORABLE CARMEN E. GARZA
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE